IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:17-cv-02674-JPM-dkv |
| v. | ) | |
| | ) | |
| EEOC, WILLIS MARTIN, AUDREY BONNER, and JAN MITCHELL, | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION FOR *SUA SPONTE* DISMISSAL**

Before the Court is the Report and Recommendation filed by U.S. Magistrate Judge Diane K. Vescovo on October 10, 2017. (ECF No. 4.) In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff Anthony Robinson's Complaint be dismissed *sua sponte* under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. (Id. at PageID 47.)

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Plaintiff has not filed any objections to the Report and Recommendation, and the time for filing objections expired on October 24, 2017. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

1

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 4) in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**, this 30th day of October, 2017.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE