IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:17-cv-02674-JPM-dkv |
| v. | ) | |
| | ) | |
| EEOC, WILLIS MARTIN, AUDREY | ) | |
| BONNER, and JAN MITCHELL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation filed by U.S. Magistrate Judge Diane K. Vescovo on November 3, 2017. (ECF No. 10.) In the Report and Recommendation, the Magistrate Judge finds that Plaintiff Anthony Robinson has sufficiently alleged that the EEOC has unlawfully withheld or delayed action that it is required to take. (Id. at PageID 102-03.) Additionally:

> The [Magistrate Judge] recommends that the Clerk be directed to issue process for the EEOC and the individual defendants and to deliver that process to the marshal for service along with a copy of the complaint, this Report & Recommendation, and any order regarding this Report & Recommendation; that service be made on EEOC and the individual defendants pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure; and that all costs of service be advanced by the United States.
>
> It is further recommended that Robinson be ordered to serve a copy of every document filed in this cause on the attorneys for the defendants, make a certificate of service on every document filed, familiarize himself with the Federal Rules of Civil Procedure and this court's local rules, promptly notify the Clerk of any change of address or extended absence, and be warned that

1

>failure to comply with these requirements, or any other order of the court, may result in the dismissal of his case without further notice.

(Id. at PageID 103-04.)

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Plaintiff has not filed any objections to the Report and Recommendation, and the time for filing objections expired on November 17, 2017. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, the Clerk is directed to issue process for the EEOC and the individual defendants and to deliver that process to the marshal for service along with a copy of Plaintiff's Complaint, the Report & Recommendation, and this Order. Service shall be made on EEOC and the individual defendants pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure. All costs of service shall be advanced by the United States.

Plaintiff is ordered to (1) serve a copy of every document filed in this action on the attorneys for the defendants, (2) make a certificate of service on every document filed, (3) familiarize himself with the Federal Rules of Civil Procedure and this Court's local rules,[1] and (4) promptly notify the Clerk of any change of address or extended absence. Plaintiff's

---

[1] A free copy of the Local Rules may be obtained from the Clerk. The Local Rules are also available on the court's website at www.tnwd.uscourts.gov/pdf/content/LocalRules.pdf.

failure to comply with these requirements, or any other order of the court, may result in the dismissal of his case without further notice.

**IT IS SO ORDERED**, this 27th day of November, 2017.

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT JUDGE