# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY ROBINSON, </br></br>    Plaintiff, </br></br>v. </br></br>EEOC; WILLIS MARTIN, Interviewer; </br>AUDREY BONNER; JAN MITCHELL, </br></br>    Defendants. | Case No. 2:17-cv-2674-JPM-dkv |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTION TO DISMISS

Before the Court is the Report and Recommendation filed by U.S. Magistrate Judge Diane K. Vescovo on August 28, 2019. (ECF No. 36.) In the Report and Recommendation, the Magistrate Judge recommends that Defendants' Motion to Dismiss Complaint as Moot (ECF No. 34) pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) be granted. (ECF No. 36 at PageID 261, 266.)

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Plaintiff Anthony Robinson has not filed any objections to the Report and Recommendation, and the time for filing objections expired on September 11, 2019. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety. Accordingly, Defendants' Motion to Dismiss Complaint as Moot is GRANTED. All claims asserted by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

**SO ORDERED**, this 22nd day of October, 2019.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE